IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:25-CV-242-M-KS

| | |
|---|---|
| CHRISTINE THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| US DEP'T OF JUSTICE/BUREAU OF | ) |
| ALCOHOL, TOBACCO, FIREARMS, | ) |
| AND EXPLOSIVES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Pending before the court is Defendants' motion to dismiss Plaintiff's complaint for improper venue and for failure to state a claim upon which relief can be granted. (Defs.' Mot. Dismiss [DE #12].) In support of their motion, Defendants filed a memorandum of law which includes a citation to *Bowers v. Transp. Sec. Admin.*, 2015 WL 3442014, at *2 (E.D. Va. May 27, 2015). (Defs.' Mem. Supp. Mot. Dismiss [DE #13] at 11.) The court has been unable to locate this case based upon the citation and case name provided. Accordingly, the court ORDERS Defendants to submit, on or before **July 8, 2026**, a copy of the case to the court and Plaintiff, pursuant to Local Civil Rule 7.2(c) (E.D.N.C. May 2023).

This 2nd day of July 2026.

_____
KIMBERLY A. SWANK
United States Magistrate Judge