IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-000242-M-KS

| | | |
|---|---|---|
| CHRISTINE THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES DEPARTMENT, | ) | |
| DEPARTMENT OF JUSTICE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the court on Defendants' motion to file amended memorandum in support of motion to dismiss to correct Defendants' errant citation to a "hallucinated" case. In its discretion, the court GRANTS the motion [DE #26].

This 23rd day of July 2026.

KIMBERLY A. SWANK
United States Magistrate Judge